MARIA T. CEVA, Appellant, *v.* ALBERT CEVA, Respondent.

Argued May 14, 1947; decided May 29, 1947.

*Irving M. Hartman* for appellant.

*Ralph V. Grottola* and *Samuel Duker* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.